UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                **ORDER**
                                Criminal File No. 05-282 (MJD/SRN)

(1) CHRISTOPHER WILLIAM SMITH,

      Defendant.

_____

The Court imposes the following pretrial conditions on Defendant Christopher William Smith.

**IT IS HEREBY ORDERED** that:

1. The conditions of the Preliminary Injunction filed in Civil File No. 5-895 (MJD/FLN) [Docket No. 27] remain in full effect.

2. Defendant Christopher William Smith is prohibited from

   a. Using, accessing, creating, developing, or modifying, or acting through a third-party to indirectly use, access, create, develop, or modify, any on-line computer service, including but not limited to, Internet service, bulletin board system, email, or any other public or private computer network;

   b. Using, accessing, creating, developing, or modifying, or acting through a third-party to indirectly use, access, create, develop, or modify, any website; and

   c. Using or possessing any equipment that can be used to access any on-line computer service, including but not limited to, Internet service, bulletin board system, email, or any other

       public or private computer network.  Prohibited equipment includes, but is not limited to, cellular telephones, computers, wireless handheld devices, handheld computers, and personal digital assistants ("PDAs").

3. Smith shall avoid all contact with the following persons, who are considered either alleged victims or potential witnesses: Steve and Sara Loos and Cassandra Kerr.

4. Smith shall undergo medical or psychiatric treatment as follows: A list of all doctors and all medical releases are to be turned over to Pretrial Services.

5. Smith shall continue on his prescription medication as approved by Pretrial Services.

6. Smith shall not threaten or harm his wife, her family, or their children.

7. Smith shall obtain no passport.

Dated: September 29, 2005　　　　　　　s/ Michael J. Davis
　　　　　　　　　　　　　　　　　　　Judge Michael J. Davis
　　　　　　　　　　　　　　　　　　　United States District Court