**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                   **ORDER**
                                     Criminal File No. 05-282 (MJD/JJG)

(1) CHRISTOPHER WILLIAM SMITH,

(2) PHILIP MACH, and

(3) BRUCE JORDAN LIEBERMAN,

       Defendants.

_____

       **IT IS HEREBY ORDERED** that:

1. Defendant Bruce Jordan Lieberman must appear for arraignment on October 28, 2005, at 10:30 a.m.

2. The October 28, 2005, hearing date is cancelled as to Defendants Christopher William Smith and Philip Mach, and they do not need to appear on that date.


Dated: October 14, 2005                              s/ Michael J. Davis
                                                                      Judge Michael J. Davis
                                                                      United States District Court