# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

UNITED STATES OF AMERICA,

      Plaintiff,

v.                               **ORDER**
                                Criminal File No. 05-282 (MJD/JJG)

(1) CHRISTOPHER WILLIAM SMITH,

(2) PHILIP MACH,

      Defendants.

_____

      **IT IS HEREBY ORDERED** that:

1. The Government shall disclose all Rule 16 material on or before February 13, 2006.

2. Pretrial motions shall be filed on or before April 10, 2006.

3. Opposition to motions shall be filed on or before April 17, 2006.

4. Reply memoranda shall be filed on or before April 19, 2006.

5. Oral argument will be heard on May 1, 2006, at 9:00 a.m. before the undersigned judge, in Courtroom 14E, United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota.  If an evidentiary hearing is required, it will be held at the same time and place.

6. Jury instructions, voir dire, Rule 404(b) disclosures, and expert witness disclosures shall be filed by September 18, 2006.

7. The pretrial conference will be held before the undersigned judge on September 22, 2006.

    8.    Trial is set to begin on October 2, 2006.


Dated:   October 14, 2005                            <u>s/ Michael J. Davis</u>
                                                      Judge Michael J. Davis
                                                      United States District Court