UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No.:  05-282 (MJD/JJG)

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                                                                                                ORDER

(1) CHRISTOPHER SMITH,

      Defendant.

      Defendant Smith has filed a waiver of speedy trial in this case.

      Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED**, that:

      1.     Defendant Smith's waiver of speedy trial [docket # 152] is **GRANTED**;

      2.     The time between November 16, 2005, and October 2, 2006, shall be excluded in computing the time within which the trial in this matter must commence under the Speedy Trial Act pursuant to Title 18, United States Code, Section 3161(h)(8)(A).  The ends of justice will be served by continuing the trial date.  This finding is based upon the complex nature of this case and upon the Court's conclusion that the failure to grant such a continuance would unreasonably deny the parties a right to a fair and just hearing.

Dated: November 21, 2005

                                                               s/ Michael J. Davis
                                                                MICHAEL J. DAVIS
                                                                United States District Court Judge