**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                      **ORDER**
                                       Criminal File No. 05-282 (MJD/JJG)

(1) CHRISTOPHER WILLIAM SMITH,

      Defendant.

_____

**IT IS HEREBY ORDERED** that:

Defendant Christopher William Smith shall remain at Minnesota Correctional Facility-Oak Park Heights and be subject to the following conditions:

1. Defendant Smith shall be held in a self-contained cell within the administrative control unit ("ACU") in order to restrict interaction with other prisoners.

2. Defendant Smith is permitted to meet in person with his attorney, Joseph Friedberg.  Defendant Smith shall have no other visitation privileges.

3. Defendant Smith shall only be permitted to make telephone calls to his attorney, Joseph Friedberg.  No other telephone privileges are permitted.

4. Defendant Smith shall only receive mail from his attorney, Joseph

Friedberg.  Defendant Smith shall only send outgoing mail to his attorney, Joseph Friedberg, at the following address: Joseph S. Friedberg, Chartered; 150 South 5th Street; Suite 320; Minneapolis, Minnesota 55402.  Defendant Smith shall have no other mail privileges.


Dated: March 24, 2006_                    s / Michael J. Davis
                                     Judge Michael J. Davis
                                     United States District Court