## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

UNITED STATES OF AMERICA,

       Plaintiff,

v.                               **ORDER**
                                Criminal File No. 05-282 (MJD/JJG)


(1) CHRISTOPHER WILLIAM SMITH,

       Defendant.

_____

In accordance with the Court's oral ruling at the hearing on May 1, 2006, **IT IS HEREBY ORDERED** that:

Defendant Christopher William Smith shall remain at Minnesota Correctional Facility-Oak Park Heights and be subject to the following conditions:

1. Defendant Smith shall be held in a self-contained cell within the administrative control unit ("ACU") in order to restrict interaction with other prisoners.

2. Defendant Smith is permitted to meet in person with all licensed attorneys employed by Joseph S. Friedberg, Chartered, including Joseph Friedberg, Lisa Lodin Peralta, and Casey Oppenheim. Defendant Smith shall have no other visitation privileges.

3. Defendant Smith shall only be permitted to make telephone calls to his attorney, Joseph Friedberg. No other telephone privileges are permitted.

4. Defendant Smith shall only send outgoing mail to his attorney, Joseph Friedberg, at the following address: Joseph S. Friedberg,

Chartered; 150 South 5th Street; Suite 320; Minneapolis, Minnesota 55402. Defendant Smith shall have no other outgoing mail privileges.

5. Defendant Smith shall only receive mail from his attorney, Joseph Friedberg, his mother, Candace Meili, his father, Scott Smith, his stepfather, Fritz Meili, his wife, Anita Smith, and his child, MS. The mail from Christopher Smith's family will be screened by the Government prior to being given to Christopher Smith.

Dated: May 2, 2006

s / Michael J. Davis
Judge Michael J. Davis
United States District Court