# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                    **ORDER**
                                            Criminal File No. 05-282 (MJD/JJG)

(1) CHRISTOPHER WILLIAM SMITH
a/k/a "Chris Jonson," a/k/a "Tony Spitalie,"
a/k/a "Bruce Jonson," a/k/a "Robert Jonson,"

(2) PHILIP MACH,

(3) BRUCE JORDAN LIEBERMAN,

(4) DANIEL SPIVEY ADKINS, and

(5) DARRELL ARDEN GRIEPP,
a/k/a "Darrell Green,"

       Defendants.

_____

The transcript of the hearing on the pretrial motions in this matter was filed today. In accordance with the Court's oral order on May 1, 2006, **IT IS HEREBY ORDERED**:

1

1. Defendants' post-hearing brief is due June 23, 2006, by noon.

2. The Government's response is due July 5, 2006, by noon.

Dated: June 2, 2006                              s / Michael J. Davis
                                                 Judge Michael J. Davis
                                                 United States District Court