# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

UNITED STATES OF AMERICA,

      Plaintiff,

v.                    **ORDER**
                      Criminal File No. 05-282 (MJD/JJG)

(1) CHRISTOPHER WILLIAM SMITH,

      Defendant.

_____

**IT IS HEREBY ORDERED** that:

1. Paragraph two of the Court's May 2, 2006, Order setting forth the conditions of confinement of Defendant Christopher William Smith is modified as follows:

   Defendant Smith is permitted to meet in person with all licensed attorneys employed by Joseph S. Friedberg, Chartered, including Joseph Friedberg, Lisa Lodin Peralta, and Casey Oppenheim, and with William Michael, Jr., of Lindquist & Vennum.  Defendant Smith shall have no other visitation privileges.

2. All other conditions set forth in the Court's May 2, 2006 Order remain the same.


Dated:  June 19, 2006                          s / Michael J. Davis
                                                          Judge Michael J. Davis
                                                          United States District Court