# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

UNITED STATES OF AMERICA,

        Plaintiff,


v.                                              **ORDER**
                                        Criminal File No. 05-282 (MJD/JJG)


(1) CHRISTOPHER WILLIAM SMITH
a/k/a "Chris Jonson," a/k/a "Tony Spitalie,"
a/k/a "Bruce Jonson," a/k/a "Robert Jonson,"

(3) BRUCE JORDAN LIEBERMAN,

(4) DANIEL SPIVEY ADKINS, and

(5) DARRELL ARDEN GRIEPP,
a/k/a "Darrell Green,"

        Defendants.

_____

In accordance with the Court's oral rulings on October 10, 2006, **IT IS**

**HEREBY ORDERED**:

1.    The Probation Office shall provide the Government and Defendants
Christopher William Smith, Bruce Jordan Lieberman, Daniel Spivey
Adkins, and Darrell Arden Griepp with the Presentence Investigation
Reports for the following persons: Bernardette Kay Hollis (Crim. No.
06-274(1)); Philip Mach (Crim. Nos. 05-282(2) and 06-302(1));
Ronald Lee Miller (Crim. No. 05-316(1)); and Alton Scott Poe (Crim.
No. 06-39(1)).  If the Presentence Investigation Report is not
currently completed for any of the named persons, the Probation
Office shall provide the Government and Defendants with the
criminal record checks and Probation Office interviews, if they have

been completed.

2.      Defendants' motion to exclude mention of the following Rule 404(b) evidence during the Government's opening statement is **DENIED**: Defendants' activities in the Dominican Republic, money laundering during the summer and fall of 2005, and the wrongful death action against Fallbrook Pharmacy.

3.      The Court will take under advisement Defendants' motion to exclude mention of Defendant Smith's alleged threat against a Government witness.  At the close of the Government's case, the Court will hold a hearing on the admissibility of this evidence.

4.      The Government's motion to sequester the witnesses is **GRANTED**.

Dated: October 10, 2006                         s / Michael J. Davis
                                                Judge Michael J. Davis
                                                United States District Court